

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:        01-13-01052-CR

Trial Court Cause
Number:        11CR2795

Style:        Danny Jarrod Hamilton

        **v** The State of Texas

Date motion filed[*]:        August 19, 2014

Type of motion:        Motion for Extension of Time to File State's Response Brief

Party filing motion:        The State of Texas

Document to be filed:        Appellee Brief

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Harvey Brown
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Massengale, Brown, and Huddle

Date: August 21, 2014